## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Karl R. Kuth,

      Plaintiff,                      Civil No. 09-115 (RHK/RLE)

vs.                                       **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Garlock Sealing Technologies, L.L.C.,
Owens-Illinois, Inc., General Electric
Company, Rapid American Corporation,
Metropolitan Life Insurance Company,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 22, 2009

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge